**FILED**
**AUG 1 0 2007**
ROBERT D. DENNIS
U.S. DIST. COURT WESTERN DIST OF OKLA.
BY _____ DEPUTY

Affidavit of Denial of Corporation Existence

I, —Barry Dean Bischof—, Hereinafter I, a living breathing man, declare in writing that the following facts are true to the best of my knowledge and belief.

I hereby deny that the following corporations exist: UNITED STATES, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, ALL BAR ASSOCIATIONS, EVERY STATE OF THE UNION, EVERY COUNTY, PARISH OF EVERY STATE OF THE UNION, EVERY CITY, TOWN, BURG, OR OTHER CORPORATE SUB-DIVISION, EVERY MEMBER OF CORPORATIONS, BARRY DEAN BISCHOF, BARRY BISCHOF, BISCHOF BARRY DEAN, B.D. BISCHOF, EVERY DEPARTMENT OF FEDERAL, STATE, COUNTY, CITY, ETC; INCLUDING SHERIFF DEPARTMENTS, UNITED STATES MARSHAL SERVICE, CITY/TOWN POLICE DEPARTMENTS, JUDGES, PROSECUTORS, AND ALL OTHER FEDERAL AND MUNICIPAL OFFICERS AND PERSONS, THE INTERNAL REVENUE SERVICE, INCLUDING STATE TAX DIVISIONS AND CITY INCOME TAX DEPARTMENTS WHERE THEY EXIST, BARRY DEAN BISCHOF, of 1601 COUNCIL, OKLAHOMA CITY, OKLAHOMA, AND ALL OTHER CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS OR CLAIMS AGAINST MY NATURAL BODY.

If any man or woman desiring to answer this Affidavit, please answer in the manner of this affidavit, with notarized

affidavit, using your Christian or family name for signature, and mail to the below named notary, address provided, within (5) days or default will be obtained.

_Barry Dean Bischof_
Barry Dean Bischof

County of St. Francis )
                     ) SCILICET:
State of Arkansas    )

on the 3rd day of August 2007 A.D., a man who identified himself as Barry Dean Bischof appeared before me, a notary, and attested to the truth of this affidavit with his signature.

executed August 3 A.D. 2007 at Forrest City, Arkansas

_Nicketa Mathena_
Notary public, in and for St. Francis County, Arkansas    seal;



# Affidavit of Proof of Mailing

I, **Barry Dean Bischof** as a Citizen of **Oklahoma** County, of the State of **Oklahoma**, am over the age of 21 years and ___ a party to the entitled action.

On the **3rd** day of **August**, **2007**, I mailed the following documents by First Class Mail:

1. Affidavit of Denial of Corporate Existence, to the **Robert Davis, District Clerk** at **200 N.W. Fourth St. Room 1210 Oklahoma City, OK 73102**.

I declare, under the penalty of perjury of the Law of the United States of America, the Law of (State) **Arkansas** that the foregoing is true, correct, complete and not misleading, the truth, the whole truth, and nothing but the truth.

Executed on this **3rd** day of **August**, A.D. 2007, at **Forrest City, Arkansas**

_Barry Dean Bischof_ (signature)

State of: **Arkansas**, County of: **St. Francis**

The above named person appeared before me to attest and affirm that he / she is the person executing the foregoing document. Said person subscribed and swore to being the maker of the foregoing instrument, before me, a Notary Public of the above cited state, this **3rd** day of **August**, 20**07**.
I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

_Nicketa Mathena_
NOTARY                    SEAL;

[Notary Seal: NICKETA MATHENA, Commission No. 12359998, NOTARY PUBLIC, SAINT FRANCIS CO., ARKANSAS, My Commission Expires May 28, 2017]