NOTICE and DEMAND
NON-NEGOTIABLE NOTICE OF ACCEPTANCE
(House Joint Resolution 192, Public Law 73-10)

Date: November 18, 2007

TO: Clerk of Court, ROBERT D. DENNIS
UNITED STATES DISTRICT COURT
Western District of Oklahoma
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**FILED**
NOV 20 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

RE: TRUE BILL/INDICTMENT (NOTICE OF PUBLIC DEBT) USDC/WDOK CASE NO. CR-07-154-T, et al. and all related matters as to the "BARRY DEAN BISCHOF."

Please take notice that BARRY DEAN BISCHOF, Third Party Intervenor, Secured Party, First-In-Line-Creditor, a living soul, the real party of interest, sentient moral being who is being injured by the actions in CASE NO. CR-07-154-T, et al., fully accepts for value your offer same as RE: above and returns for value your offer herein enclosed to you. I perfect my acceptance of your offer by my signature and date.

Please close the account(s) and return the Order of the Court released to me immediately.

Be sure that all public charges be adjusted and set-off by "EXEMPTION" in accord with U.C.C. 3-419, House Joint Resolution 192, June 5, 1933, 4:40 P.M. Public Law 73-10 HJR-192 Public Law 73-10

I request immediate and unconditional DISCHARGE.

Three (3) days are provided for your response to this notice, DISHONOR will result upon failure to respond.

Third Party Intervenor, Secured Party, sui generis,
BARRY DEAN: BISCHOF: First-In-Line-Creditor
Bankers Acceptance with honor

_Barry Dean Bischof_ ©
In Care of: 215 N. 3rd Street
Chickasha, Oklahoma, USA
non-domestic without U.S.

I swear under penalty of law that all said documents were placed in envelope addressed to Clerk of Court ROBERT D. DENNIS and sealed and placed in mail slot to be sent, prepaid, by U.S. Postal Service, this 18th day of November, 2007.

ENCLOSED: NOTICE and DEMAND
Indictment Cover sheet
CAVEAT
Certificate of Presentment
Writ of Praecipe

WITNESS
_Matthew R. Moore_

B1001

CAVEAT

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARM, INTIMIDATE, OFFEND, CONSPIRE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH HONORABLE AND <u>PEACEFULL</u> INTENTIONS, ANY AFFIRMATION CONTRARY TO THE VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

B 1000