## CAVEAT
### NOTICE TO OFFICERS / AGENTS OF UNITED STATES

THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARM, INTIMIDATE, OFFEND, CONSPIRE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE PUBLIC DUTIES, IT IS PRESENTED WITH HONORABLE AND **PEACEFUL** INTENTIONS, ANY AFFIRMATION CONTRARY TO THE VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

## NOTICE and DEMAND

Letter of Rogatory
Third Party Intervenor
Barry Dean: Bischof, sui generis, First-In-Line-Creditor
In Care of: 215 N. 3rd Street
Chickasha, Oklahoma, USA 73018
non-domestic without U.S./Ancilary Jurisdiction

"Special Appearance"
Admiralty

**FILED NOV 20 2007**
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

TO: Timothy D. DeGuisti, dba US DISTRICT JUDGE
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

RE: CASE NO. CR-07-154-T, USDC/WDOK et al.

### NOTICE TO ONE IS NOTICE TO ALL

Respondent

Barry Dean: Bischof, a real party in interest, a living soul who is being injured by the action in Case No. CR-07-154-T, et al., who apologizes to respondent for all previous commercial dishonors caused by hiring or allowing attorneys to argue cases. As Third Party Intervenor, Secured Party, First-In-Line-Creditor as to the commercial title property, the Vessel, the "BARRY DEAN BISCHOF," does here and now by "Special Visitation," a living witness, affirm and attest true, correct, certain and not misleading, NOTICE and DEMAND a NON-NEGOTIABLE NOTICE of ACCEPTANCE, affirmed as follows:

THAT, First-In-Line-Creditor DEMANDS that respondent deliver within ten (10) days of this presentment all of the Bonds in Case NO. CR-07-154-T USDC/WDOK, et al., identified by Committee on Uniform Securities Identification Procedures (CUSIP) AutoTRIS or other for Acceptance for Value, Tax Exemption ID# 566700204, per HJR-192 (1933) Public Law 73-10 --- DISCHARGE of the Public Debt, dollar-for-dollar, assuring Full Settlement, Satisfaction and Accord, the ledger of closure of all accounts as to the principle-DEBTOR, the Vessel, the "BARRY DEAN BISCHOF"!

THAT, First-In-Line-Creditor DEMANDS that respondent deliver within ten (10) days of this presentment; (1) Certified registration of his Oath of Office; (2) Certification of copy of his Indemnity Bond qualifying his Authority to hold his Office; the name, address and telephone number of the bonding company providing his Indemnity Bond(s) as well as proof of public registration of his Indemnity Bond, all three delivered, In care of: NOTARY PUBLIC-STATE OF MICHIGAN, Ralph Leo Daigle, c/o 94½ N. Holcomb, Clarkson, Michigan USA, non-domestic without U.S., for verification of performance, or non-performance on the reasonable DEMANDS herein, being met, or process Certification of protest on this draft showing stipulation to the Facts so verified by respondent herein;

THAT, First-In-Line-Creditor, in good-faith, in the interest of comity and orderly DISCHARGE of the public debt pursuant to Public Policy in aid of appellate, admiralty jurisdictions in accord with HJR-192 (1933) Public Law 73-10 affirms and presents this NOTICE and DEMAND this 18th day of November, in the Year of Our Lord Two Thousand Seven.

Further Affiant sayeth not.

So done, NOTICE, DEMANDED and AFFIRMED, presented post-paid this 18th day of November, 2007.

Barry Dean: Bischof, First-In-Line-Creditor

_Barry Dean Bischof_            Affirmed
Authorized Representative

Witness #1

_Mathew R Moore_

B1002

# CERTIFICATE of PRESENTMENT

The undersigned Affiant does here and now affirm and attest true, correct, certain and complete, not misleading, that Third Party Intervenor, secured party, the real party of interest, living man, Barry Dean: Bischof did present items, B1000, B1001, B1002, B1003 and deposite upon the record in RE: CASE NO. CR-07-154-T USDC/WDOK, et al., by "Special Appearance" for Full Settlement, Satisfaction and Accord with this Certificate of Presentment by placing the same post-paid and affixed in the U.S. mail system at 215 N. 3rd Street, Chickasha, Oklahoma this 18th day of November, 2007, to the following:

Clerk of Court, ROBERT D. DENNIS
UNITED STATES DISTRICT COURT
Western District of Oklahoma
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102-3094

Witness Certifying Affirming
_Matthew R. Moore_

## Writ of Praecipe

TO: Clerk of Court, ROBERT D. DENNIS, USDC/WDOK:

You, ROBERT D. DENNIS are here and now commanded of necessity in the interest of preserving the FULL FAITH CREDIT-UNITED STATES, settling the public debt, in accord with House Joint Resolution 192, Public Law 73-10 the duties of your office under your sworn, subscribed and registered Oath of your office, to without delay, nor excuse, NOTIFY all parties to the affixed or enclosed or related, as to this NOTICE and DEMAND.

SO COMMANDED this 18th day of November in the Year of Our Lord, 2007.

Third Party Intervenor, Secured Party
Barry Dean: Bischof, First-In-Line-Creditor

_Barry Dean Bischof_
Authorized Representative

ADMINISTRATION SETTLEMENT AND CLOSURE
AS to THE "Barry Dean Bischof" IN ADMIRALTY
NOTICE and DEMAND

B1003

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 2 0 2007
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY: _____ DEPUTY

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )    No. CR 07-154 T
                          )
        -vs-              )
                          )    Violations: 18 U.S.C. § 372
RUSSELL DEAN LANDERS;     )                18 U.S.C. § 876(d)
CLAYTON HEATH ALBERS;     )                18 U.S.C. § 287
CARL ERVIN BATTS;         )
BARRY DEAN BISCHOF; and   )
WILLIAM MICHAEL ROBERSON, )
                          )
        Defendants.       )

## INDICTMENT

The Federal Grand Jury charges:

### Introduction

At all times relevant to this Indictment:

1. **RUSSELL DEAN LANDERS** was an inmate at the Federal Correctional Institution in El Reno, Oklahoma ("FCI-El Reno").

2. **CLAYTON HEATH ALBERS** was an inmate at FCI-El Reno.

3. **CARL ERVIN BATTS** was an inmate at FCI-El Reno.

4. **BARRY DEAN BISCHOF** was an inmate at FCI-El Reno.

5. **WILLIAM MICHAEL ROBERSON** was a resident of Baton Rouge, Louisiana.

6. "Lee Jessup" was a name used by a federal agent operating in an undercover capacity.