Letter Rogatory                                    "Special appearance"

### NOTICE and DEMAND.

NON-NEGOTIABLE NOTICE OF ACCEPTANCE
(House Joint Resolution 192, Public Law 73-10)

Date: November 20, 2007

TO: Clerk of Court, ROBERT D DENNIS
UNITED STATES DISTRICT COURT
Western District of Oklahoma
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102-3094

**FILED**

**NOV 21 2007**

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

RE: TRUE BILL / INDICTMENT (NOTICE OF PUBLIC DEBT) USDC/WDOK CASE NO. CR-07-154-T, et al.
and all related matters as to the "BARRY DEAN BISCHOF."

Please take notice that BARRY DEAN BISCHOF, Third Party Intervenor, secured Party, First-In-Line-Creditor, a living soul, the real party of interest, sentient moral being who is being injured by the actions in Case No. CR-07-154-T, et al., fully accepts for value your offer same as RE: above and returns for value your offer herein enclosed to you. I perfect my acceptance of your offer by my signature and Date

Please close the account (s) and return the Order of the Court released to me immediately,

Be sure that all public Charges be adjusted and set-off by "EXEMPTION" in accord with U.C.C. 3-419, House Joint Resolution, June 5, 1933, 4:40 P.M. Public Law 73-10, HJR-192 Public Law 73-10
I request immediate and unconditional DISCHARGE.
Three (3) days are provided for your response to this notice, DISHONOR will result upon failure to respond.

Third Party Intervenor, Secured Party, Sui generis,
BARRY DEAN BISCHOF First-In-Line-Creditor
Bankers Acceptance with honor

_Barry Dean Bischof_© 1965

In care of: 215 N. 3rd Street
Chickasha, Oklahoma, USA
non-domestic without US.

State of ___Oklahoma___ )
___Grady___ County ) ss. Acknowledgment, to wit:

Undersigned Notary does acknowledge under My signature and seal for state, Oklahoma, before me did appear Third-Party-Intervenor, Secured Party, Barry Dean Bischof, Sui generis, First-In-Line-Creditor and did of his own intelligent, mature free-will and accord EXECUTE this NOTICE and DEMAND, Bankers Acceptance with honor by signing of his own hand above, forming the record of the same ___20___ day of ___November___, 2007

SEAL                                    NOTARY

_Susan Reed_

SUSAN REED
GRADY COUNTY
Notary Public in and for the
State of Oklahoma
Commission # 00015863
Expires: 9/22/08

MY Commission Expires: 9/22/08

B1001

## CAVEAT

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARM, INTIMIDATE, OFFEND, CONSPIRE CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS, ANY AFFIRMATION CONTRARY TO THE VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

BX000