```
                                CAVEAT
         NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES
 THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARM, INTIMIDATE, OFFEND, CONSPIRE
 CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE PUBLIC DUTIES, IT IS PRESENTED WITH
 HONORABLE AND PEACEFUL INTENTIONS, ANY AFFIRMATION CONTRARY TO THE VERIFIED STATEMENT OF
 FACTS WILL COMPRISE YOUR STIPULATION COMMITTING A FRAUD UPON THE COURT
```

NOTICE and DEMAND

Letter of Rogatory
Third Party Intervenor, Secured Party
Barry Dean: Bischof, sui generis, First-In-Line-Creditor
in care of: 215 N. 3rd Street
Chickasha, Oklahoma, USA 73018
non-domestic without US/Ancillary Jurisdiction

"Special Appearance"
Admiralty

FILED
NOV 21 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

TO: Timothy D DeGuisti dba US DISTRICT JUDGE
    200 NW 4th Street
    Oklahoma City, Oklahoma 73102

RE: CASE NO. CR-07-154-T USDC/WDOK et al.

NOTICE TO ONE IS NOTICE TO ALL
Respondent

Barry Dean: Bischof, a real party in interest, a living soul who is being injured by the action in Case No. CR-07-154-T, et al, who apologizes to respondent for all previous commercial dishonors caused by hiring or allowing attorneys to argue cases. As Third Party Intervenor, Secured Party, First-In-Line-Creditor as to the commercial title property; the vessel, the "BARRY DEAN BISCHOF," does here and now by "Special Visitation"; a living witness, affirm and attest true, correct, certain and not misleading, NOTICE and DEMAND a NON-NEGOTIABLE NOTICE OF ACCEPTANCE, affirmed as follows:

THAT, First-In-Line-Creditor DEMANDS that respondent deliver within ten (10) days of this presentment all of the Bonds in Case No. CR-07-154-T, USDC/WDOK et al, identified by committee on Uniform Securities Identification Procedures (CUSIP) Auto TRIS or other for Acceptance for Value, Tax Exemption ID # 566700204, per HJR-192 (1935) Public Law 73-10 --- DISCHARGE of the PUBLIC DEBT, dollar-for-dollar, assuring Full Settlement, Satisfaction and Accord, the ledger of Closure of all accounts as to the principle-DEBTOR, the vessel, the "BARRY DEAN BISCHOF";

THAT, First-In-Line-Creditor DEMANDS that respondent deliver within ten (10) days of this presentment; (1) Certified registration of his Oath of Office; (2) Certification of copy of his Indemnity Bond qualifying his authority to hold his Office; the name, address and telephone number of the bonding company providing his Indemnity Bond(s) as well as proof of public registration of his Indemnity Bond, all three delivered, IN care of: NOTARY PUBLIC-STATE OF MICHIGAN, Ralph Leo Daigle, c/o 94 1/2 N. Holcomb, Clarkson, Michigan, USA, non-domestic without U.S., for verification of Performance, or non-performance on the reasonable DEMANDS herein, being met, or process certification of protest on this draft showing stipulation to the Facts so verified by respondent herein;

THAT, First-In-Line-Creditor, in good-faith, in interest of Comity and orderly DISCHARGE of the public debt pursuant to Public Policy in aid of appellate, Admiralty Jurisdictions in accord with HJR-192 (1935) Public Law 73-10 affirms and presents this NOTICE and DEMAND this 20 day of November, in the Year of Our Lord Two Thousand Seven.
Further Affiant sayeth not.
So done, NOTICE, DEMANDED and AFFIRMED, presented post-paid this ___20___ day of ___November___, 2007.

Barry Dean: Bischof, First-In-Line-Creditor
_Barry Dean Bischof_ Affirmed
Authorized Representative

void where prohibited by law

State of ___Oklahoma___ )
___Grady___ county ) ss. Acknowledgement, to wit:
Under signed Notary of necessity under my signature and seal in and for the state, Oklahoma acknowledge before me did appear Third Party, Intervenor, Secured Party, Barry Dean: Bischof, sui generis, First-In-Line-Creditor and did of his own intelligent, mature, free-will and accord EXECUTE this NOTICE and DEMAND by signing of his own hand above forming the record of this same this 20th day of November, 2007.
       SEAL

NOTARY
_Susan Reed_
MY COMMISSION EXPIRES:

SUSAN REED
GRADY COUNTY
Notary Public in and for the
State of Oklahoma
Commission # 00015663
Expires: 9/22/08

B1002

# CERTIFICATE and PRESENTMENT

The undersigned Affiant does here and now affirm and attest true, correct, certain and complete, not misleading, that Third Party Intervenor, Secured Party, the real party of interest, living man, Barry Dean Bischof did present items, B1000, B1001, B1002, B1003 and deposite upon the record in RE; CASE NO. CR-07-154-T USDC/WDOK, etal., by "Special Appearance" for Full Settlement, Satisfaction and accord with this certificate of Presentment by placing the same post-paid and affixed in the U.S. Mail System at 215 N. 3rd Street, Chickasha, Oklahoma this __20th__ day of November, 2007, to the following:

Clerk of Court, ROBERT D. DENNIS
UNITED STATES DISTRICT COURT
Western District of Oklahoma
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102-3094

Witness Certifying Affirming
_Susan Reed_

## Writ of Praecipe

TO: Clerk of Court, ROBERT D. DENNIS, USDC/WDOK

You, ROBERT D. DENNIS are here and now commanded of necessity in the interest of preserving the FULL FAITH CREDIT-UNITED STATES, Settling the public debt, in accord with House Joint Resolution 192, Public Law 73-10 the duties of your office under your sworn, subscribed and registered Oath of your office, to without delay, nor excuse NOTIFY all parties to the affixed or enclosed or related, as to this NOTICE and DEMAND.

So COMMANDED this 20 day of November in the Year of Our Lord, 2007.

Third Party Intervenor, Secured Party
Barry Dean: Bischof, First-In-Line-Creditor

_Barry Dean Bischof_ © 1965
Authorized Representative

ADMINISTRATION SETTLEMENT AND CLOSURE
AS TO THE "Barry Dean Bischof" IN ADMIRALTY
NOTICE and DEMAND

B1003

[handwritten: G J L 7/18/07 3pm]

[handwritten stamp across page: ACCEPT FOR VALUE AND SETTLEMENT EXEMPTION ID # 36-6700-04 SECURED PARTY FIRST-IN-LINE CREDITOR Barry Dean Bischof Authorized Representative]

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 20 2007
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-154 T |
| Plaintiff, | |
| -vs- | Violations: 18 U.S.C. § 372 |
| RUSSELL DEAN LANDERS; | 18 U.S.C. § 876(d) |
| CLAYTON HEATH ALBERS; | 18 U.S.C. § 287 |
| CARL ERVIN BATTS; | |
| BARRY DEAN BISCHOF; and | |
| WILLIAM MICHAEL ROBERSON, | |
| Defendants. | |

## INDICTMENT

The Federal Grand Jury charges:

### Introduction

At all times relevant to this Indictment:

1. **RUSSELL DEAN LANDERS** was an inmate at the Federal Correctional Institution in El Reno, Oklahoma ("FCI-El Reno").

2. **CLAYTON HEATH ALBERS** was an inmate at FCI-El Reno.

3. **CARL ERVIN BATTS** was an inmate at FCI-El Reno.

4. **BARRY DEAN BISCHOF** was an inmate at FCI-El Reno.

5. **WILLIAM MICHAEL ROBERSON** was a resident of Baton Rouge, Louisiana.

6. "Lee Jessup" was a name used by a federal agent operating in an undercover capacity.

B1003