COURTROOM MINUTE SHEET       DATE  November 21, 2007

CRIMINAL CASE NO. CR-07-154-D     UNITED STATES v. Russell Dean Landers, Clayton Heath Albers, Barry Dean Bischof

COMMENCED  9:40     ENDED  11:30     TOTAL TIME  1 hour 50 minutes

PROCEEDINGS  James Hearing

JUDGE Timothy D. DeGiusti        DEPUTY CLERK Mike Bailey        REPORTER Larry Marks

Plf counsel Scott Williams, Susanna Voegeli, AUSA

Dft counsel Daniel L. White, Thomas D. McCormick, Larry Tedder

Enter as above.  Dft appears in person with - without ct. apptd. - private - counsel - Public Defender

Plf's exhibits admitted.  1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11

Dft's exhibits admitted.

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Jennifer Schmitz | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |

Dfts (stands on present bond - remanded to U.S. Marshal). Bond set at $_____  (cash - surety)

ENTER ORDER:  Hearing held. The Court makes finds and takes the matter under advisement.