UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
DEC 13 2007
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY _____ DEPUTY

UNITED STATES OF AMERICA )
Plaintiff )
)
VS. )  CASE NO. CR-07-154-T, et.al.
) HEARING FOR APPEARANCE
) HONOR AND BOND
BARRY DEAN BISCHOF )
Accused )

REQUEST FOR HEARING FOR APPEARANCE AND HONOR

Barry Dean Bischof, Third Party Intervenor for BARRY DEAN BISCHOF, this __12__ day of __December__, 2007, REQUESTING OF THIS HONORABLE COURT A HEARING FOR APPEARANCE, HONOR AND BOND TO ISSUE.

Authorized Representative

_Barry Dean Bischof_ ©
BARRY DEAN BISCHOF© Accused

State of __Oklahoma__ }
__Grady__ County } ss,

Subscribed and sworn to before me this __12__ day of __December__, 2007, Barry Dean Bischof Known to me (or proved to me on the basis of satisfactory evidence of identification) to be a person whose name is subscribed to within this document.

Witnessed, my hand and Official seal

_Susan Reed_
NOTARY

__9/22/08__
MY Commission Expires

SUSAN REED
GRADY COUNTY
Notary Public in and for the
State of Oklahoma
Commission # 00015863
Expires: 9/22/08

## CAVEAT

### NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARM, INTIMIDATE, OFFEND, CONSPIRE CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES, IT IS PRESENTED WITH HONORABLE AND <u>PEACEFUL</u> INTENTIONS, ANY AFFIRMATION CONTRARY TO THE VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION COMMITTING A FRAUD UPON THE COURT.

# AFFIDAVIT IN SUPPORT

The underlined statements are true, complete and correct to the best of my knowledge and ability. On  9-10-2007, 11-5-2007, 11-20-2007, 11-21-2007, a _____

Hearing was requested by third party intervenor  Barry Dean Bischof  (1) on behalf of and for  BARRY DEAN BISCHOF  (2) and was denied in court. This has placed this court and the U.S. Attorney in dishonor. At this time I will afford this court and the U.S. Attorney the opportunity to cure the dishonor by requesting a Bond Hearing for yet another time and restate my offer as presented in the first requests. That states:

 Barry Dean Bischof  (1) Third Party Intervenor / Offerer for  BARRY DEAN BISCHOF  (2) and does hereby accept for value and return the same for said bond and offers as terms and conditions, my personal recognizance in "**exchange**" for the waiver of the public filing fee for said bond.

Upon acceptance of this offer I do not anticipate contesting any of the facts in the charging instrument, should you elect to accept my offer I requ4st the court accept my exemption in "**exchange**" for the discharge of the bond to me, with the offer accepted, I will then enter a plea of guilty to the facts in this matter and request the court settle and close the accounting on all sides and  Barry Dean Bischof  (1) be released/ set off.

## CERTIFICATE OF SERVICE

I certify that on this  12  day of  December  200 7 , a copy of this request for Hearing or Proceeding was mailed, post paid to:

Robert D. Dennis, Clerk of Court USDC/WDOK
200 N.W. 4 Street
Oklahoma City, Oklahoma 73102-3092

___Barry Dean Bischof___    12-12-2007
Third Party Intervenor (1)          Date

___Susan Reed___    12-12-07
Witness                              Date

UNITED STATE SDISTRICT COURT
__Western__ DISTRICT OF __OKLAHOMA__

UNITED STATES OF AMERICA  )
       Plaintiff  )
 )
VS.  )  CASE NO. __CR-07-154-T, et.al.__
 )  OFFER FOR BOND IN EXCHANGE
__Barry Dean Bischof__ (1)  )
Auth. Rep.   OFFERER  )

## OFFER FOR BOND IN EXCHANGE

__Barry Dean Bischof__ (1) Third Party Intervenor/Acceptor for __BARRY DEAN BISCHOF__ (2) does hereby accept for value and return the same for said bond and offers as term and conditions my personal recognizance in **"exchange"** for the waiver of the public filing fee for said bond.

    Upon acceptance of this offer I do not anticipate contesting any of the facts in the charge instrument, should you elect to accept my offer I request the court accept my exemption in **"exchange"** for the discharge of the bond to me, with the offer accepted, I will then enter a plea of guilty to the facts in this matter and request the court settle and close the accounting on all sides and __Barry Dean Bischof__ (1) be released/set off.

                                                              _Barry Dean Bischof_ ©
                                                               (1) Intervor

State of __Oklahoma__  )
        __Grady__ County  ) ss.

Subscribed and sworn to before me this __12__ day of __December__, 2007, __Barry Dean Bischof__ (1) known to me (or proved to me on the basis of satisfactory evidence of identification) to be a man whose name is subscribed to within this offer.

Witnessed, my hand and official seal

__Susan Reed__
Notary

__9/22/08__
My Commission Expires

SUSAN REED
GRADY COUNTY
Notary Public in and for the
State of Oklahoma
Commission # 00015863
Expires: 9/22/08

# CERTIFICATE OF SERVICE

It is hereby certified by notary, that on 12 day of December, 2007, undersigned BARRY DEAN BISCHOF mailed to: Timothy D. DeGuisti, dba Judge/minister
Robert D. Dennis, dba Clerk of Court
John C. Richter, U.S. Attorney
Scott E. Williams, dba Assistant U.S. Attorney
Bana Roberts, dba U.S. Magistrate/Judge/Minister
Danny White, dba Federal Public defender
Larry W. Tedder, dba Federal Public Defender
Michael W. Roach, dba U.S. Marshal in Charge
Harley Lappin, dba Director U.S. Bureau of Prisons
Jake and John Does, 100 dba agents, officers Employees of UNITED STATES, UNITED STATES OF AMERICA, a Corporation, dba U.S. Government, et.al.

c/o 200 N.W. 4th Street
Oklahoma City, Oklahoma
73102-3092

Here in after "Recipients", the documents and sundry papers pertaining to a certain case No. CR-07-154T, et.al., etal., regarding the "BARRY DEAN BISCHOF", and the First – in – line – Creditor as follows:

1. Claim-Writ for Habeas Corpus ad subjiciendum
2. NOTICE OF DISHONOR/NOTICE OF COUNTERCLAIM/NOTICE OF FULL SETTLEMENT/ NOTICE OF BOND/CERTIFICATE OF PRESENTMENT
3. CERTIFICATE OF SERVICE
4. SETTLEMENT AND CLOSURE

By Certified Mail No. 7006 0100 0001 5291 5445 Return Receipt Requested attached by placing same in a post paid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive faced and custody of the US Postal service within State of Oklahoma,

_Barry Dean Bischof_
Authorized Representative

State of Oklahoma )
Grady County ) ss.

Acknowledgment, to wit:

Subscribed and sworn to before me this 12 day of December 2007.

_Susan Reed_
Notary

9/22/08
My Commission Expires

SUSAN REED
GRADY COUNTY
Notary Public in and for the
State of Oklahoma
Commission # 00015863
Expires: 9/22/08

UNITED STATE SDISTRICT COURT
__WESTERN__ DISTRICT OF __OKLAHOMA__

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | CASE NO. _CR-07-154-T etal._ |
| VS. | ) | ACCEPTANCE OF OFFER |
| | ) | REQUEST FOR DISCHARGE |
| __Barry Dean Bischof__ (1) | ) | |
| Acceptor | ) | |

## ACCEPTANCE OF OFFER AND REQEUST FOR DISCHARGE

__Barry Dean Bischof__ (1) Third Party Intervenor/Acceptor for __BARRY DEAN BISCHOF__ (2) and do hereby accept for value and return the same for your offer and acceptance of release the flesh and blood man on his own recognizance as stipulated in the original offer in exchange. NOW that the public filing fees have been waived and the bond is no longer a public debt instrument. I request the court accept my exemption in "**exchange**" for the discharge of the bond to me. Because I am not in dispute of any of the facts of these matters there is no controversy in dispute and as soon as the discharge is complete, I will then enter a pleas of guilty to the facts in these matters and request the court settle and close the accounting on all sides and release the order of the court to me.

_Barry Dean Bischof_ © Acceptor
BARRY DEAN BISCHOF ©

State of __Oklahoma__ )
__Grady__ County ) ss.

Subscribed and sworn to before me this __12__ day of __December__, 2007, __Barry Dean Bischof__ (1) known to us as witnesses is known to be the person whose name is subscribed within this document.

Witnessed, my hand and official seal
_Susan Reed_
Notary

SUSAN REED
GRADY COUNTY
Notary Public in and for the
State of Oklahoma
Commission # 00015863
Expires: 9/22/08

__9/22/08__
My Commission Expires

UNITE STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

## ORDER OF THE COURT

In the case of UNITED STATES OF AMERICA vs. BARRY DEAN BISCHOF, CASE NO. CR-07-154-T, et.al.. The court finds that all facts in this matter have been stipulated to and accepted. It is the order of this court that by a plea of guilty to the facts and waiver of the proper fees, and acceptance of exemption Barry Dean: Bischof is hereby setoff in all matters and remains in honor of this honorable court. These matters are henceforth now and forever closed/Discharged and all personal property returned immediately.

_____        _____
DATE                          UNITED STATES DISTRICT JUDGE

# NOTICE

Letter Rogatory
3rd Party Intervenor; First-In-Line-Creditor
Barry Dean: Bischof, secured Party, alive
In care of: 215 N. 3rd Street
Chickasha, Oklahoma, USA
non-domestic without US.

"Special Visitation"
ancillary Jurisdiction

de bene esse

## Claim-Writ for Habeas Corpus ad Subjiciendum

Writ in Law, with standing of necessity in Admiralty, Claim with prejudice for Habeas corpus, show cause for detention of Claimant, the living Man, Real Party of Interest Barry Dean: Bischof, Secured Party, of necessity convened at the location of the legal fiction corporation and its actors, respondents, at, for and on the record,

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
200 NW 4th Street, Oklahoma City
Oklahoma

before convention with respont, Timothy D. DeGiusti, acting, and dba Judge of record, and the present at or about 11 AM 12 December 2007, or if adjourned, to a location, time and date as is agreeable to the Claimant, First-In-Line-Creditor within 20 days of 12 December 2007, of necessity all other proceedings suspended pending a showing of proven Return on this Writ, to all respondents

    Timothy D. DeGiusti, dba Judge/Minister
    Bana Roberts, dba U.S. Magistrate
    John C. Richter, dba U.S. Attorney
    Scott E. Williams, dba assistant U.S. Attorney
    Robert D. Dennis, dba Clerk of Court
    Larry W. Tedder, dba Federal Public Defender
    Michael W. Roach, dba US Marshal
    Jane and John Doe, 1-100 dba, Agents, officers,
    employees of UNITED STATES,
    UNITED STATES OF AMERICA, a corporation, dba U.S. Government
    Harley Lappin, dba Director, Federal Bureau of Prisons, et.al.,

shall, without fail appear to answer, make proven Return on this Writ, or forever hold their piece, and Claimant, living soul, the Real Party of Interest, there due and present by "Special Visitation" the injured Man, Barry Dean: Bischof, SHALL immediately, then and there be restored to his due liberty without further excuse nor delay, as MANDATE on this Writ, as is due in the County where the injured, living Soul, Real Party of Interest is being illegally and unlawfully detained, all respondents, legal fictions, or sureties, being UNITED STATES persons, are within the cognizance of this ordained convention claimed on this Writ; restraint, an acted injury suffered by the living injured Man, the Real Party of Interest, the Claimant of necessity, within the "ancillary Jurisdiction," Canal Zone, in convention, as court.

Claim - Barry Dean: Bischof, a living claimant
writ for Habeas corpus ad Subjiciendum

page one

# "RESTRAINT OF LIBERTY

Claimant, living injured Real Party of Interest, has not seen nor does he believe any bona fide evidence exists that:

(1) Barry Dean:Bischof is not a living injured Real Party, Secured Party, First-In-Line-Creditor as to each, every, all, or any matters related to the "BARRY DEAN BISCHOF," and believes that none exist;

(2) Barry Dean:Bischof is not now or ever has been surety or accommodation for the "BARRY DEAN BISCHOF," and believes that none exists;

(3) Barry Dean Bischof has ever subrogated entitlement, or indemnification as Secured Party, First-In-Line-Creditor encumbering upon his life, liberty, or Birthright, and believes that none exists;

(4) Respondent(s) are not in reciept of affirmed, certified and registered, the evidence In Fact, delivered bona fide, for and on the record as a matter of compelling standard of commercial NOTICE: (A) Security Agreement BDB 061347 SA, by and between Barry Dean: Bischof, EXEMPT from LEVY, and the "BARRY DEAN BISCHOF," debtor as registered on U.C.C. Registry, Filing NO. 2004001027723, December, 2003, Secretary of State, Oklahoma; (B) Security Agreements, Indemnity Agreements by and between Barry Dean:Bischof, Secured Party, First-In-Line-Creditor, Exempt from Levy and UNITED STATES, a federal corporation, et. al., debtors, as registered on UCC Registry No. 04-0061615558, 03/23/2004, 05:00 P.M. Secretary of State, Texas; (C) Affirmed publication of private common-Law (ancillary Jurisdiction) Copyright © trade-name, trade-mark, BARRY DEAN BISCHOF© 1965, registered NOTICE to all, and all respondents, Clerk of Court and Recorder, See Registry Refferenced for NO. and Date, 2003, Clerk and Recorder, Oklahoma County, Oklahoma; (D) Return on Indictment and Arrest Warrant, with honor, in CASE NO. CR-07-154-T, et.al., Accept for VALUE, EXEMPT FROM LEVY, Barry Dean, Surety 6-27-2007 EXEMPTION ID # 566700204, DEPOSIT to U.S. TREASURY AND CHARGE THE SAME TO THE UNITED STATES CLERK OF THE UNITED STATES DISTRICT COURT, OKLAHOMA CITY, OKLAHOMA CASE NO. CR-07-154-T, et.al., via Registered mail/RRR July, 2007 RRZ04036087 US under Postmasters Seal(s) at Forrest City, Arkansas; (E) Letter Rogatory "NOTICE and DEMAND," "Special appearance", "settlement statement," Full Settlement, Satisfaction and Accord in Admiralty & "close in action", affirmed, claimed and Presented via certified mail/RRR 7006 0100 0001 5291 5421, 11-21-2007 under Post-master(s) Seal(s) Chickasha, Oklahoma and such further confirmation of "honor" by "special appearance" in Admiralty, never waiving in Personum Jurisdiction, never in "dishonor", at all times holder-in-due-course of the entire process, never waiving any rights, remedies, nor defenses, Accepting all proceedings with honor, without exception for value and returning all without exception for Full Settlement, Satisfaction and Accord, settling the public debt dollar-for-dollar in accord with HJR-192, 5 June 1933, 4:40 PM, Public Law 73-10 leaving "zero" due with prejudice from this Claimant, as affirmed and NOTICED under Postmasters Seal, and believes no evidence to the Contrary exists;

(5) Barry Dean:Bischof does not believe nor construe that evidence certified, registered, duly NOTICED and before all, and all respondents herein, those doing the restraining, as being anything other than a stipulated agreement to the Fact all administrative remedies have been exhausted via certified record, all made a part herein of necessity without exception as if duplicated herein by this reference and believes that none exists;

(6) Barry Dean:Bischof has not seen where the respondents herein haven't been stopped from arguing the lawfulness or legality of restraint of liberty until such time as the Certification on and of the entire record affirmed stipulations held in possession of notaries the certified, registered record as is brought up, cited of necessity, in-corporated in every particular herein, is refuted under respondents' Full commercial liability and has seen no evidence any exists.

Claim - Barry Dean: Bischof, a live Claimant
writ for Habeas corpus ad subjiciendum

page two

## EXHAUSTION OF REMEDY

This Claim-Writ for Habeas corpus ad subjiciendum is affirmed, and claimant alive affirms I have not seen any material fact nor evidence which demonstrates the Stipulated, Confessed record does not demonstrate the exhaustion of all remedies and the stipulation Barry Dean: Bischof claimant, alive, must be released immediately to fulfil his private claims forthwith.

## CONCLUSION

Claimant affirms claim I have not seen any material fact nor evidence which demonstrates that the stipulated, confessed record, held in title of dishonor by the notary(ies), the only ones capable of testifying under oath, of particular knowledge to the specific stipulations, herein presented, doesn't estoppel each, every and all respondents from arguing the lawfulness nor legality of restraint of liberty, and the superior lien, in law, with standing in Admiralty held by the First-In-Line-Creditor Barry Dean: Bischof of antecedent registration and independent action by bona fide claim, and confessed contracted agreement, where Barry Dean: Bischof, alive, the Real Party of Interest, Sole, exclusive Secured Party has not, nor ever will, subordinate his priority claim to respondents nor any other 3rd party, affirmed and claimed with prejudice.

Barry Dean: Bischof, Claimant, living soul, Real Party of Interest, appearing specially does claim, affirm and attest true, correct, certain, complete and never misleading; the truth, the whole truth and nothing but the truth on my own unlimited commercial liability, my Tax Exemption, EXEMPTION ID # 566700204, that of my own hand I have "claimed" as stated and of necessity incorporated herein, claim with, firm standing, for due relief and liberty, presented as Writ for Habeas corpus ad subjiciendum, in Law, with standing in Admiralty, "Special Visitation", ancillary jurisdiction of the people excepted at "Canal Zone," MANDATE past-due and owing with prejudice, NOTICE to all, and all respondents, duly presented is this Claim for honorable, peaceful purpose of due remedy and relief;

Claimant, Affiant, Suffering injury alive

_Barry Dean Bischof ©_
authorized representative

This 12 day of December, Two Thousand seven, anno Domini

_Cheryl Brock_                                   12-12-07
Witness the Signature of Claimant                Date

_Ron Pearson_                                    12-12-07
Witness the Signature of Claimant                Date

And Respondents by acceptance under Postmaster's Seal unconditionally agree in absence of probated, registered rebuttal, that their signature, seal, Oath and Bonds affix as acknowledgment they are surety who are MANDATED, compelled specific performance for this entire process as stipulated, now stipulated herein, and unrebutted line-upon-line, precept upon precept, within 24 hours of reciept by respondents as verified under Postmaster's delivery, should without further delay nor excuse convene as stipulated in paragraph one, page one herein above, and make return as claimed.
Robert D. Dennis, dba Clerk of Court
/S/ ROBERT D DENNIS
Timothy D. DeGiusti, dba Judge/Minister
/S/ TIMOTHY D. DEGIUSTI

Claim - Barry Dean: Bischof, alive Claimant                page three
Writ for Habeas corpus ad subjiciendum

# Claim for Praecipe

Clerk/Respondent/Addressee shall: with immediate due dilligence, without excuse nor delay, to avert personal liability of necessity duplicate this entire claim-Writ for Habeas Corpus ad Subjiciendum, enter upon docket, a MANDATE in matter of CR-07-154-T et.al., USA v. BARRY DEAN BISCHOF, and delivered to each, every and all Respondents as stipulated in the first paragraph, on page one herein above.

This, MANDATED, you, Respondents, Robert D. Dennis, dba Clerk of court convenes stipulated herein above, shall do your duty without fail nor excuse, SO MANDATED this ____ day of _____, 200_.

_____
Authorized Representative

"special appearance"
Admiralty

State of __Oklahoma__ )
__Grady__ county) ss.

Undersigned Notary acknowledges, before me did appear alive Barry Dean: Bischof and by his hand Execute this Claim-Writ for Habeas corpus ad subjiciendum this ____ day of _____, 200_.

NOTARY
_____
Susan Reed
9/22/08
My Commission Expires:

SEAL



Claim - Barry Dean: Bischof, a live claimant
Writ for Habeas corpus ad Subjiciendum          page four