Letter Rogatory           NOTICE        "Special Visitation"
Third Party Intervenor, First-In-Line-Creditor       ancillary Jurisdiction
Barry Dean Bischof                                 de bene esse
In c/o Post office at: 215 N. 3rd Street
Chickasha, Oklahoma, USA
non-domestic without US

RE:                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
a corporation                                     In Admiralty
       Plaintiff

V.

BARRY DEAN BISCHOF, a legal fiction        CASE NO. CR-07-154-T et al.

The "BARRY DEAN BISCHOF"
      3rd Party Plaintiff

V.                                            NOTICE OF FACTS
                                             FULL SETTLEMENT and
Timothy D. DeGiusti, dba Judge/Minister     ACCORD
Bana Roberts, dba US Magistrate Judge/Minister
John C. Richter, dba US Attorney                 "Application"
Scott E. Williams, dba Assistant US Attorney
Robert D. Dennis, dba Clerk of the Court
Jennifer Schmidt, dba SA Agent FBI
Larry W. Tedder, dba Federal Public Defender     **FILED**
Michael W. Roach, dba US Marshal in Charge
Harley Lappin, dba Director (US) Federal Bureau of Prisons     JAN - 7 2008
Jane and John Doe 1-100, dba Agents, officers
employees of UNITED STATES             ROBERT D. DENNIS, CLERK
UNITED STATES OF AMERICA, a Corporation, dba    U.S. DIST. COURT, WESTERN DIST. OF OKLA.
US GOVERNMENT, et al.,                       BY_____ DEPUTY
       3rd Party Defendants

Barry Dean Bischof in rerum naturn, Real Party of Interest, living Man being injured in this and all similar corporate-trespasses, claiming as Sui generis Secured Real Party of Interest holder of all rights, title and interest in the Corporate title property, the vessel, the 3rd Party Plaintiff, the "BARRY DEAN BISCHOF," Claimant/Affiant.

---

CAVEAT — NOTICE TO OFFICERS/AGENTS OF UNITED STATES
THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES, IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS, ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPROMISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

---

CLAIMS BY AFFIDAVIT OF NEGATIVE AVERMENT TO SECURE REMEDIES, CLAIMS FOR FULL SETTLEMENT SATISFACTION AND ACCORD IN ALL MATTERS AS TO THE "BARRY DEAN BISCHOF" IN ADMIRALTY, CASE NO. CR-07-154-T, et al.,

Barry Dean Bischof, Claimant, alive, does here and now claim by Affidavit true, correct, certain, not misleading as follows:

1. Claimant is of legal age and competent to affirm and attest.
2. Claimant states first-hand knowledge of the facts herein.
3. Claimant has not seen or been presented with any material facts nor evidence that Federal Bureau of Prisons, Federal Bureau of Investigation, Federal Grand Jury, US Congress, US Attorney, US District Court, a Federal petit jury, and 3rd Party Defendants herein, nor any other local, state, private, Federal Corporation agent nor agency has the authority to use abuse by criminal process, to impede the enforcement of the obligations of private contract, and believes and claims that none exists.
4. Claimant has not seen or been presented with any material facts, nor evidence that Barry Dean Bischof is not a Real Party of interest, a living Man with the Supreme priority interest in all matters as to the commercial title property, the vessel, the trade-name, trade-mark, the private Common Law Copyrighted© BARRY DEAN BISCHOF©, 1965, who is being injured sorely by all actions of all Corporation titles of nobility actors in CASE NO. CR-07-154-T, USDC/WDOK et al., and CASE NO. CR-93-44-A USDC/WDOK et al., all acts unlawfully impede the enforcement of the Law and private contract, all acts outside the scope of Law and lawful authority, impeding Justice, breach of public trust, and believes and claims that none exists.
5. Claimant has not seen or been presented with any material facts, nor evidence that there is any authority for any Federal Corporation agent nor agency acting in any capacity public nor private to use abuse of process nor any other means to breach the maritime nor common-Law lien, the private Common-Law copyrighted trade-name, trade-mark, BARRY DEAN BISCHOF©, 1965, nor any derivative thereunder for commercial gain, i.e. corporate compensation under Miller Act Bonded credit for Judgement the "BARRY DEAN BISCHOF," as Defendant, without just compensation, a violation of special private common – Law Copyright© 1965 and Pan American Treaty on Patents, Copyrights and Trade-marks and believes and claims none exists.
6. Claimant has not seen or been presented with any material facts nor evidence that there is any authority for 3rd Party Defendants herein nor any other to abscound with public funds by dishonor and believes and claims that none exists.
7. Claimant has not seen or been presented with any material facts nor evidence that there is any authority to presume nor assume that Barry Dean Bischof© a Real Party of Interest, a living man First-in-line-Creditor as to the corporate title property, the vessel, the "BARRY DEAN BISCHOF" has ever by consent nor assent knowingly nor intentionally nor by any means whatsoever assumed the role of surety, accomodation party, defendant, nor client/ward by nexus with anyone nor any other 3rd Party Defendant, Larry W. Tedder, dba Federal Public Defender nor any other member at the Bar and believes and claims that none exists.
8. Claimant has not seen or been presented with any material facts nor evidence that there is any authority to presume nor assume that Barry Dean Bischof© a Real Party of Interest, a living man First-in-line-Creditor as to the corporate title property, the vessel, the "BARRY DEAN BISCHOF," has not repeatedly, clearly, certified, thereby established under proper signature and seals upon the official record (registered) in all matters, that "at any time" may anyone, past, present,

8. (continued) nor future, "speak for" him and believes and claims that none exists.

9. Claimant has not seen or been presented with any material facts nor evidence that there is any authority to presume nor assume that Barry Dean Bischof©, a Real Party of Interest, a living man First-In-Line-Creditor as to the corporate title property, the vessel, the "BARRY DEAN BISCHOF," has has conceded to status of ward of the state nor ward of any court nor jurisdiction and believes and claims that none exist.

10. Claimant has not seen or been presented with any material facts nor evidence that there is any authority to presume nor assume that UNITED STATES OF AMERICA, its officers, agents or employees are not strictly and in every particular bound to honor all patents, copyrights, trade-marks, rights, privileges and interests secured to Claimant any/or all other holders of such patents, copyrights, trademarks and believes and claims that none exist.

11. Claimant has not seen or been presented with any material facts nor evidence that there is any authority to presume nor assume that Barry Dean Bischof©, a Real Party of Interest, a living Man, First-in-line-Creditor, secured Party in each, every, all or any transactions, as in CASE NO. CR-07-154-T, et al., USDC/WDOK; CASE NO. CR-93-44-A, et al., USDC/WDOK, private or public as to the Special private Common-Law Copyrighted © 1965, trade-name, trade-mark, commercial title property, the vessel, the "BARRY DEAN BISCHOF" is not entitled to the valid check, money order or like tender for the $250,000,000.00 value due on the documents all Accepted for Value, Exempt from Levy, Returned for full Settlement satisfaction and Accord, in each of the CASE's cited herein above in particular and believes and claims that none exists.

12. Claimant has not seen or been presented with any material facts nor evidence that there is any authority to presume nor assume that "Claim-Writ for Habeas corpus ad Subjiciendum," received by all respondents under Post-master's Seal and Robert D. Dennis, dba Clerk of the Court on behalf of all respondents under his signature via Certified Mail No. 7006 0100 0001 5291 5445, Registered Return Receipt Requested to verification on official record under Signature and Seal of Notary, Ralph L. Daigle, c/o 94½ N. Holcomb, Clarkston, Michigan 48346 and as officially recorded on record of Notary Public Susan Reed, Grady County, State of Oklahoma does not affirm, dishonor of all respondents, their failure to make return on the "Claim-Writ for Habeas corpus ad Subjiciendum" in Courts official record 17 December 2007, as Claimed by Barry Dean Bischof©, Claimant, Real Party of Interest, living man First-in-line-Creditor as due, past due and owing liberty, all respondents so enjoined by their own failure to show cause by authority for detention of Barry Dean Bischof©, alive, from further excuse for detention, and thus, without further delay nor excuse why Barry Dean Bischof© is not due immediate and unconditional liberation and believes and claims none exist.

13. Claimant has not seen or been presented with any material facts nor evidence that there is authority to presume nor assume that Timothy D. DeGiusti, dba Judge/Minister in US District Court convention at Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma, has authority to stultify, dishonor due remedy upon Claimant's call for return by respondents on "Claim-Writ for Habeas corpus ad Subjiciendum, in effect a declaration of denial of right, remedy and defense, declaring "marshal Law" suspension of the privilage of Writ for Habeas corpus and believes and claims that none exist.

AFF OF NEGATIVE AVERMENT-CLAIM                                page 3 of 6

14. Claimant has not seen or been presented with any material facts nor evidence that there is authority to presume nor assume that falsifying the record in CASE NO. CR-07-154-T, etal USDC/WDOK to read that "a not guilty plea" was standing 26 November 2007, as a controversy to be tried (settled), so entered by Timothy D. DeGiusti, dba Judge/Minister, when in fact Barry Dean Bischof©, a real Party of Interest, living Man, suffering injury as direct result of the acts of Corporate actors, had by "special appearance", put up his TAX EXEMPTION in accord with House Joint Resolution 192, Public Law 73-10 affirming Full Settlement, Satisfaction, and accord, affirming on the Court's official record antecedent to 26 November 2007, NO CONTROVERSY remained to be tried and "Zero" public debt remained due as verified by Ralph L. Daigle, c/o 94½ N. Holcomb, Clarkston, Michigan, and presented on the court's official record again under Post Master's Seal 21 November 2007, and present as well as record acknowledged under signature and seal of Notary Public Susan Reed comm.# 00015863, Grady County, State of Oklahoma certifying nothing stood to be settled by trial, and 3rd Party Intervenor Barry Dean Bischof, a Real Party of Interest, living man has any obligation of any resultant settlement/conviction, nul tiel for lack of controversy and believes and claims that none exists.

15. Claimant has not seen or been presented with any material facts nor evidence that there is authority to presume nor assume that Timothy D. DeGiusti, dba Judge/Minister did not dishonor his opportunity to secure immunity from public liability in CASE NO. CR-07-154-T, etal USDC/WDOK by removing his entry plea of not guilty, thereby dishonoring Full Settlement, Satisfaction and Accord as entered by Barry Dean Bischof©, a live 3rd Party Intervenor and thereby assuming, outside the scope of his official duties, Personal liability for the public liability and funds, along with and in Confederation with all 3rd Party Defendants who have dishonored 3rd Party Intervenor, First-In-line-Creditor Barry Dean Bischof's Full Settlement, satisfaction and Accord to the satisfaction of all parties in accord with HJR-192, Public Law 73-10, 5 June, 1933, 4:40 pm, by tender of EXEMPTION, EXEMPTION ID # 566700204 and in proper public standing, underwrote the entire action, stipulated to all facts and offered entry of plea of guilty on behalf of the principle - DEBTOR, [BARRY DEAN BISCHOF] so charged, thus, a dishonor of this lawful offer, would constitute acceptance of the public liability personally by each, every and all 3rd Party Defendants herein and believes and claims that none exists.

16. Claimant has not seen or been presented with any material facts nor evidence that there is authority to presume nor assume that 3rd Party defendants in CASE NO. CR-07-154-T, etal., USDC/WDOK as are herein above, and others as yet un-named have not Confessed Judgment, pledged their entire estate in lieu of their constructive dishonor of Claimant's $250,000,000.00 value assessed and confessed agreement of value by all parties due on account settled by TAX EXEMPTION ID # 566700204 to return to the "source"; Claimant and believes and claims that none exists.

17. Claimant has not seen or been presented with any material fact nor evidence that there is authority to presume nor assume that 3rd Party defendants hereinabove, and others have not absconded with Public Funds in CASE NO. CR-07-154-T, etal., USDC/WDOK; CASE NO. CR-93-044-A, etal., USDC/WDOK and all matters as related to the Commercial title property, private Common-Law Copyrighted ©, 1965, trade-name, trade-mark, the vessel, the transmitting utility, the "BARRY DEAN BISCHOF" and believes and claims that none exists.

18. Claimant has not seen or been presented with any material facts nor evidence that there is authority to presume nor assume that this Claimant's bona fide "Statement of Interests" does not certify res judicata with prejudice in each, every, all or any venue and/or jurisdiction that Claimant is In Fact indemnified for Unlimited value, free of debt or obligation, Exempt from Levy, EXEMPTION ID# 566700204, the "source", the First-in-line — Creditor due, past-due and owing all credit on account without further obligation of any kind as to claims leveled against the Corporate commercial title property, the transmitting utility, the vessel, the private common-law copyrighted© 1965, trade-name, trade-mark the "BARRY DEAN BISCHOF" and believes and claims that none exists.

19. Claimant has not seen or been presented with any material facts nor evidence that there is authority to presume or assume that this Claimant, the Real Party of Interest, a living soul has not suffered uncontionable injuries at the hands of many corporate actors, acting viet arimis uncontionable trespasses to unlawfully trespass, kidnap and hold this claimant hostage for ransom since 26 January 1993, and continuing this day, in their efforts to unlawfully and brutally impede the obligations of private contract on behalf of a confederation of International parties, dba Commercial Corporate bankers, as is testified true and attest here and now, from the prison system for credit on "Prisoner Bond Industry," working economic slavery on the American People, an uncontionable trespass on the Constitution for the United States of America and state Constitutions protections of law entirely abrogate the law in favor of an uncontionable trespass agenda, which is bent on destruction of many people and believes that claims that none exists.

20. Claimant claims and affirms, each, every, all or any of the 3rd Party defendants herein are on NOTICE, and have ten (10) days to refute or rebut each, every, any or all of the affirmed facts as set forth herein with probative material facts or evidence, or failure to do so in answer hereto, constitutes agreement res judicata with prejudice, a "dishonor," by which each, every, any or all who fail to rebut or refute are bound to the liability affixed by the facts imparted herein with absolute prejudice.

   Response must be made within ten (10) days or less to Ralph L. Daigle, Notary Public, c/o 94½ N. Holcomb, Clarkston, Michigan 48346, keeper of the record, who will verify in all particulars, response or failure to respond, a "dishonor" subject to further proof via appropriate discovery, depositions and prosecution in such appropriate venues as assure full settlement, satisfaction and Accord.


Further this Claims and affirms not



So it is!



AFF OF NEGATIVE AVERMENT-CLAIM                    page 5 of 6

So done, NOTICED, CLAIMED with prejudice and AFFIRMED in CASE NO. CR-07-154-T, etal., USDC/WDOK; CASE NO. CR-93-044-A, etal., USDC/WDOK, this 4 day of January, in the Year of Our Lord Two Thousand eight before Notary and there under these witnesses, Claimant, 3rd Party-Intervenor, in Law, of necessity, standing in Admiralty,

_____
Barry Barry Dean Bischof ©
authorized representative

"ancillary jurisdiction"

State of __Oklahoma__ )
__Grady__ county ) ss.

Undersigned Notary does here and now under Signature and Seal affirm and attest, acknowledge, before me did appear Claimant, 3rd Party-Intervenor, Secured Party, Authorized Representative Barry Dean Bischof © First-In-Line-Creditor with AFFIDAVIT OF NEGATIVE AVERMENT-CLAIM which Claimant did execute by signature above, before me, his bona fide signature this 4th day of January, 2008.

[Notary Seal: SUSAN REED, GRADY COUNTY, Notary Public in and for the State of Oklahoma, Commission # 00015863, Expires: 9/22/08]

Notary
Susan Reed
9/22/08

my commission expires

_____
Witness

01/04/08
Date

_____
Kenneth Fielding
Witness

01/04/08
Date