CAVEAT

NOTICE TO OFFICERS / AGENTS OF UNITED STATES

THE ATTACHED OR ENCLOSED DOCUMENTS ARE NOT INTENDED TO HARAS, INTIMIDATE, OFFEND, CONSPIRE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT

Letter Rogatory       **NOTICE**            "special appearance"
Circuit Judge, Circuit of North America
Third-Party Intervenor, First-in-line-Creditor     "In Admiralty"
Rex Russell Dean: Landers, Secured Party
in care of post office at: 201 North Shartel      de bene esse
Oklahoma City, Oklahoma, USA
non domestic without US

RE:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA
         Plaintiff

                                  No. CR-07-154-T
vs.
                                  **FILED**
BARRY DEAN BISCHOF
         Defendant                JAN - 8 2008

                                  ROBERT D. DENNIS, CLERK
                                  U.S. DIST. COURT, WESTERN DIST. OF OKLA.
                                  BY _____ DEPUTY

                                                    et al.,

FOREIGN PERSONAL INTERVENOR'S DEPOSIT IN COURT FOR FULL SETTLEMENT, SATISFACTION AND ACCORD—DISCHARGE A MANDATE

Rex Russell Dean: Landers, a living Man, third-party intervenor, foreign personal intervenor, Secured Party, First-in-line-Creditor in all matters re the commercial title property, vessel, the "RUSSELL DEAN LANDERS," does here and now in good faith, at arms length, affirm, attest, present for and on the record as foreign personal intervenor, true, correct, certain and not misleading affirming:

THAT, Affiant presents BONDED PROMISSORY NOTE in amount of $30,000,000.00 for Full Settlement, Satisfaction and Accord in matter of UNITED STATES OF AMERICA vs. BARRY DEAN BISCHOF CASE NO. CR-07-154-T, as foreign personal intervenor;

THAT, Affiant presents Verified Memorandum of Tender of Payment, 3 January 2008, for verification on record of Full Settlement, Satisfaction and Accord, discharge of all personal liability as to Barry Dean Bischof, hereinafter Barry Dean Bischof;

FOREIGN PERSONAL INTERVENTION                             page one

THAT, Affiant calls for ledger of post-settlement closure of account in the above referenced CASE NO. **CR-07-154-T** and the release of all CUSIP, AutoTRIS, and other BONDS listed in the same, as well as discharge and release of all sureties;

THAT, Affiant calls for the unconditional release of all orders and warrants, as well as the release of the "BARRY DEAN BISCHOF" and the living Barry Dean: Bischof's unconditional care, custody and control of Barry Dean: Bischof, a MANDATE on the Full Settlement, Satisfaction and Accord concluded as a matter of law, HJR-192, 5 June 1933, Pub. Law 73-10, as stipulated herein;

THAT, Affiant claims for resolution of all errors, if any, in this process in favor of Full Settlement, Satisfaction and Accord in Accord with HJR-192, Pub. Law 73-10, as stipulated herein;

So done, NOTICED, DEMANDED and AFFIRMED this 3rd day of the First Month in the Year of the LORD Two Thousand seven.

Third-Party Intervenor, Authorized Representative, Foreign Personal Intervenor, Rex Russell Dean: Landers, specially visiting,

_Rex Russell Dean: Landers_
Circuit Judge, Circuit of North America-Life

_____   _____
     witness                     date

_____   _____
     witness                     date

or

State of OKLAHOMA       )
OKLAHOMA        County  ) ss. Acknowledgment, to wit:

Undersigned notary acknowledges Rex Russell Dean: Landers before me properly identified, alive, 3rd Party Intervenor did this 3 day JAN 2008, execute this NOTICE by signing above.

                                                    Notary
                                                    _Lori Dickerson_

S. LORI DICKERSON
Notary Public
State of Oklahoma
Commission # 02015946  Expires 09/18/10

My commission expires: 9-18-2010

FOREIGN    PERSONAL    INTERVENTION              page two of two

## CERTIFICATE OF PRESENTMENT

The undersigned Affiant does here and now affirm and attest true, correct, certain and complete, not misleading that third-party Intervenor, foreign personal Intervenor, living Man, Rex Russell Dear: Landers, authorized representative did present: (1) FOREIGN PERSONAL INTERVENOR'S DEPOSIT IN COURT FOR FULL SETTLEMENT, SATISFACTION AND ACCORD ——— DISCHARGE A MANDATE; (2) BONDED PROMISSORY NOTE, NO. rdl-0009 ; (3) Verified Memorandum of Tender of Payment upon the record in re CASE NO, by "special appearance" for Full Settlement, satisfaction and Accord with this Certificate of Presentment by placing the same First-class post-paid and affixed in the US Mail system at 101 North Shartel, Oklahoma City, Oklahoma this 3rd day of January, 2008, to the following:

Clerk of Court, ROBERT D. DENNIS
UNITED STATES DISTRICT COURT
Western District of Oklahoma
200 NW 4th Street
Oklahoma City, Oklahoma
73102-3092

Witness, Certifying, Affirming
_Rex Russell Dear: Landers©_

Affirmed / Enclosed:

BONDED PROMISSORY NOTE, NO. rdl-0009
Verified Memorandum of The Tender of Payment

FOREIGN PERSONAL INTERVENTION          page three of three

## Verified Memorandum of Tender of Payment

Date of Memorandum: 3 January 2008

Memorandum by: Russell Dean Landers acting as agent for RUSSELL DEAN LANDERS c/o 94-½ N. Holcomb, Clarkston, Michigan
All rights in commerce are explicitly under reserve and without recourse.

Memorandum for: Clerk of Court, UNITED STATES DISTRICT COURT, Western District of Oklahoma, 200 NW 4th Street, Oklahoma City, Oklahoma 73102-3092 via First-class post-paid US Mail

Reference: Indictment, Arrest Warrant, et al., case # CR-07-154-T issued on or after 21 June 2007, reference number 06/21/07

Pursuant to UNITED STATES vs. BARRY D. BISCHOF case No. CR-07-154-T accepted for value on 3 January 2008, instructing RUSSELL DEAN LANDERS to pay a debt of $30,000,000.00 to the Clerk of the Court, and in accord with current Public Policy at House Joint Resolution 192 passed by the 73rd Congress of the United States, 1st session on June 5, 1993 at 4:40 P.M., hereinafter referred to as "HJR 192", with said resolution having never been repealed and still being in full force and effect, and in accord with both the Uniform Commercial Code and the Oklahoma Code Annotated concerning the discharge of debts, Russell Dean Landers acting in good faith, with clean hands and at arm's length, is hereby and herein tendering payment of a debt in the amount of $30,000,000.00 in full compliance and full satisfaction of said Case, accepted for value on 3 January 2008 directing RUSSELL DEAN LANDERS to pay a public debt on a pre-paid item.

In as much as no lawful money of account exists in circulation, and pursuant to current Public Policy at HJR 192, Russell Dean Landers has no money with which to pay a debt, he has had to resort to tendering a negotiable instrument, pursuant to the Uniform Commercial Code at Article 3, Part 6, Section 3-603, and the appropriate UCA section in order to be in compliance with the case, and the remedy available through the pre-paid pool.

As you will note, pursuant to the UCC Article 3, Part 1, Section 3-104 and the UCA, the attached promissory note is a negotiable instrument and clearly satisfies the requirements of set off of the case demanding public fee, which was accepted on 3 January 2008, instructing RUSSELL DEAN LANDERS to pay a debt. Said promissory note is being tendered in good faith, with clean hands and at arm's length, and is not a dishonor of said UNITED STATES vs. BARRY D. BISCHOF Case No. CR-07-154-T

Please return receipt of tender to the above address.

Verification: I, Russell Dean Landers, upon my own unlimited commercial liability do affirm and say that I have read the above document and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth _____  3 January 2008
Russell Dean Landers, authorized representative for
RUSSELL DEAN LANDERS                                    date

Attachment: Negotiable instrument in the form a promissory note, number rdl-0009 signed in blue ink (or black ink of necessity) dated 3 January 2008, in the amount of $30,000,000.00, payable to Clerk of the Court, UNITED STATES DISTRICT COURT, Western District of Oklahoma, Oklahoma City, Oklahoma

Respectfully served
Russell Dean Landers

By: _____
Russell Dean Landers authorized representative for RUSSELL DEAN LANDERS

# BONDED PROMISSORY NOTE

No. rdl-0009

**To the Order of:** Henry M. Paulson, Jr., dba the Secretary of the US Treasury and Clerk of Court, ROBERT D. DENNIS, UNITED STATES DISTRICT COURT, Western District of Oklahoma, Oklahoma City, Oklahoma

**In the Amount of:** Thirty Million ($30,000,000.00) in US Dollars

**For:** BARRY DEAN BISCHOF for Case No. CR-07-154-T dated 21 June 2007

**Account:** Private Offset Bond, Russell Dean Landers, Principal, RA531116221US Henry M. Paulson, Jr., the Secretary of the US Treasury

This negotiable instrument, tendered by Russell Dean Landers, hereinafter "Maker", is good faith, and in accord with law, shall evidence as a debt to the Payee as follows: Henry M. Paulson, Jr., Payee shall, upon receipt of the/this instrument, charge Clerk of the Court, Information or Indictment, Warrant for Arrest, Detention Order, Judgment & Committal, Full Settlement of all charges UNITED STATES OF AMERICA v. BARRY DEAN BISCHOF, Case No. CR-07-154-T dated 21 June 2007 A.D., via pass through account RUSSELL DEAN LANDERS, 484560049 (Certificate of Live Birth, No. 49-053265) for the purpose of terminating any past, present, or future liabilities express or implied attached to Information or Indictment, Warrant for Arrest, Detention Order, Judgment & Committal, Full Settlement of all charges — Case No. CR-07-154-T dated 21 June 2007 A.D. UNITED STATES OF AMERICA v. BARRY DEAN BISCHOF, and

Payee shall ledger this BONDED PROMISSORY NOTE for a period of one (1) year starting beginning of business on 3 January 2008 A.D. until close of business 3 January 2009 A.D., NOT to exceed three-hundred sixty-five (365) days, at an interest rate of seven (7%) percent per annum, and

Upon maturity, this BONDED PROMISSORY NOTE shall be due and payable in full with interest and any associated fee — payment shall be ledgered against the bond, PRIVATE BOND FOR SET-OFF — NON-NEGOTIABLE, Tracking No. RA531116221US as secured by Henry M. Paulson, Jr., the Secretary of the US Treasury.

3 January 2008
date

Russell Dean Landers ©
authorized representative

---

Ralph L. Daigle
NOTARY PUBLIC
4094 1/2 N. Holcomb
Clarkston, Michigan, USA

Henry M. Paulson, Jr., Secretary of the US Treasury
Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. 20220

Clerk of Court, ROBERT D. DENNIS
UNITED STATES DISTRICT COURT
Western District of Oklahoma
200 NW 4th Street
Oklahoma City, Oklahoma
73102-3092

Lori Dickerson
Notary

LORI DICKERSON
Notary Public
State of Oklahoma
Commission # 02015946  Expires 09/18/10

My commission expires: 9-18-2010