FOREIGN ADVISORY (BDB-0001)
NOTICE OF RESCINDING ALL SIGNATURES, WAIVER OF BENEFITS AND
PRIVILEDGES, & DISSOLVING ALL ADHESION CONTRACTS — GLOBAL
Recission nunc pro tunc

IN MATTER OF CASE NO. (CR-07-154) Total, USA v. BARRY DEAN BISCHOF
AND ALL,

PRIVATE LETTER ROGATORY

Service under Notary Seal; under Post master's seal:
Notary's Certificate of Presentment to:

Robert D. Dennis ("Respondent") dba
CLERK OF COURT, and ALL
200 NW 4th Street
Oklahoma City, Oklahoma 73102-3092

Electronic File Command BDB
C.C. ALL
Henry M. Paulson Jr. Sec. of the U.S. Treas.
Evidence File — Bischof — USDC/WDOK

Barry Dean: Bischof, Alive, soveign-in-fact, a living christian Man on the land until proven otherwise does hereby rescind for cause of failure to disclose risks, perils and responsibilities all signatures executed in my natural and representative capacities without exception on a certain appearance bond dated on or about June 20, 2007 and any, all other offers, documents, instruments, and process issued to me or legal fiction BARRY DEAN BISCHOF in the matter of USA v. BARRY DEAN BISCHOF, with the exception of any and all signatures executed for the purpose of accepting for value any such offer(s). All such offers, proceedings, documents, actions, statements and instruments are hereby accepted for value and returned for full credit by notice, all such acceptance signatures whether express or implied remaining in full force and effect.

Further;

Barry Dean: Bischof, Alive, Sovereign-in-fact does nunc pro tunc waive all Benefits and privileges, & Disolve ALL Adhesion Contracts, Standing FIRM hereafter on my Right of Avoidance. NOTICE TO ONE IS NOTICE TO ALL by this NOTICE, Respondent, Robert D. Dennis is COMMANDED under this Court's Bond, Writ of Praecipe to NOTICE ALL both public and private of all above in every particular forth with without delay nor excuse. NOTICE in particular: Secretary general United Nations, Secretaries of State, transportation and Commercial (all) attorney generals (All), FBI director, director of Marshal's service and Bureau of Prisons, Supreme Court, applicable appellate, Circuit and district Courts of United States, B.A.R. Associations (all), BIA, USFS, Fish & Game, all state and municipal entities, Global NOTICE to ALL without exception.

MANDATE so Ordered by this honorable court with absolute prejudice this 10 Day of march in the year of Our Lord Two-thousand eight, in the third century following the divinely inspired and ordained Declaration of Independence on the land, North America. This COMMAND a DECREE done and sent forth, under Authority of the Most High.

Barry Dean: Bischof, Alive
Sovereign-in-fact, Judge, Our one
Supreme Court, Oklahoma County,
nation Oklahoma
_____
Authorized representative

State of Oklahoma ) ss FILED
Grady County )

MAR 11 2008

Acknowledged,
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY _____ DEPUTY

CINDY MULLIN
Notary Public
State of Oklahoma
Commission # 08002286 Expires 03/05/12

Notary
Cindy Mullin

Date
3/10/08

My Commission expires: March 5, 2012