FILED

OCT 03 2009

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

September 28, 2009

UNITED STATES COURT
WESTERN DISTRICT OF OKLAHOMA
Robert Dennis, Clerk

BARRY DEAN BISCHOF 24501-077
USP VICTORVILLE
P.O. Box 5300
ADELANTO, CA 92301

CASE NO. CR-07-154-D
(CASE NO. CIV-09-613-D)

Now comes BARRY DEAN BISCHOF, asking the court for a certificate of Appealability of the Order dated 9-16-2009 in Case No. CR-07-154-D (Case No. CIV-09-613-D) that was received in the Institutional mail on 9-28-2009 at 5:PM Pacific time.

Barry Dean Bischof
Barry Dean Bischof 24501-077
USP VICTORVILLE
P.O. Box 5300
Adelanto, CA 92301