IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-07-154-D |
| | ) | |
| BARRY DEAN BISCHOF, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION

Larry W. Tedder, appointed counsel for defendant, Barry Dean Bischof, in the referenced case, has submitted applications for payment which exceed statutory limits. I certify that due to the complexity of the representation required, the payment claimed is reasonable and is necessary to provide counsel fair compensation for his services herein. 18 U.S.C. § 3006A(d).[1]

ENTERED this 3rd day of September, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] The amount originally requested was reduced by approximately 25% due to the untimely submission of the voucher by counsel.